UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BARTLETT,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK,<br><br>    Defendant. | Case No.: 3:19-cv-50242<br><br>Honorable Philip G. Reinhard<br>Magistrate Judge Lisa A. Jensen |

**STIPULATION TO DISMISS THE CASE, WITHOUT PREJUDICE,
AND SUBMIT THE CLAIMS TO ABIRRITATION**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Richard Bartlett ("Plaintiff") and Defendant First Premier Bank ("Defendant") that Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the pending action should be dismissed, without prejudice, and all claims Plaintiff asserted against Defendant in this action shall be submitted to JAMS, subject to JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness, Effective July 15, 2009, for a binding arbitration.

Respectfully submitted by:

**Richard Bartlett**

*/s/ Tarek N. Chami*
Attorneys for Plaintiff
Tarek N. Chami
Price Law Group, APC
22000 Michigan Ave, Suite 200
Dearborn, MI 48124
313-444-5029
tarek@chamilawpllc.com


Haytham Faraj
The Law Office of Haytham Faraj
1935 W. Belmont Avenue
Chicago, IL 60657

**First Premier Bank**

*/s/ Joseph D. Kern (with consent)*
Attorneys for Defendant
David M. Schultz
Joseph D. Kern
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
dschultz@hinshawlaw.com
jkern@hinshawlaw.com

312-635-0800
haytham@farajlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/Sincie Chacko